FILED
August 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 07-0264 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MELISSA ANN MEIER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MELISSA ANN MEIER</u>, Case No. <u>MAG. 07-0264 DAD</u>, Charge <u>Title 18 USC §§ 1344; 1708</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _25,000.00_

_X_   Unsecured Appearance Bond

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond with Surety

\_\_   Corporate Surety Bail Bond

_X_   (Other)   _Conditions of Release Supervised by Pretrial Services._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _August 22, 2007_ at _2:50_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge